JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

GERALD OBUMNEME ANAKOR,

                           Petitioner,

                    vs.

JANET NAPOLITANO, et al.,

                           Respondents.

) Case No. CV 11-9945-JFW (DTB)
)
)
) ORDER GRANTING STIPULATION
) TO DISMISS PETITION FOR WRIT OF
) HABEAS CORPUS OR, IN THE
) ALTERNATIVE, ORDER TO SHOW
) CAUSE
)
)

On December 1, 2011, petitioner, through counsel, filed a Petition for Writ of Habeas Corpus, or in the Alternative, Order to Show Cause.  The Petition was based on the failure of the Board of Immigration Appeals, Executive Office for Immigration Review, United States Department of Justice, to serve petitioner with a copy of its August 11, 2003 decision reversing the order the of the Office of the Immigration Judge, Executive Office for Immigration Review, United States Department of Justice, at Eloy, Arizona, granting bond for the release of petitioner.

On March 13, 2012, the parties filed a Stipulation to Dismiss Petition for Writ of Habeas Corpus Or, in the Alternative, Order to Show Cause ("Stip.") wherein they seek to dismiss the Petition, with prejudice.

Pursuant to the Stipulation, at the request of petitioner's counsel, on January 17, 2012 a bond/custody redetermination hearing was held.  (Stip. ¶ 6.)  The application

1  was denied on or about January 24, 2012 and the decision has been appealed to the

2  Board of Immigration Appeals.  (Stip. ¶ 7.)  In light of the recent hearing, the parties

3  agree that the issue raised in the Petition herein is moot.  (Stip. ¶ 8.)  As such, the

4  parties now seek dismissal of the Petition with prejudice.

5    The Court, having read and considered the Stipulation, hereby GRANTS the

6  same.  This matter is dismissed with prejudice.

7

8  DATED: April 2, 2012

9

10

11        JOHN F. WALTER
      UNITED STATES DISTRICT JUDGE

12

13  Presented by:

14

15  David T. Bristow
 United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28